UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

v.                          Criminal No. 08-cr-121-01-JD

Phoumasay Sihanourath


O R D E R


The assented to motion to reschedule jury trial (document no. 10) filed by defendant is granted.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.


/s/Joseph A. DiClerico, Jr.
Joseph A. DiClerico, Jr.
United States District Judge

Date: October 20, 2008


cc:  Michael Iacopino, Esq.
Donald Feith, Esq.
U.S. Marshal
U.S. Probation